UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOMENTIVE PERFORMANCE MATERIALS USA INC., <br><br> *Plaintiff,* <br><br> v. <br><br> ASTROCOSMOS METALLURGICAL, INC., LE CARBONE LORRAINE S.A. and ABC CORPORATION(S) 1 through 10, <br><br> *Defendants.* | Civil Case No. 07-cv-567 (FJS)(DRH) <br><br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CARBONNE LORRAINE S.A.** |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(i) Plaintiff Momentive Performance Materials USA Inc. hereby voluntarily dismisses without prejudice Defendant Carbonne Lorraine S.A. This Notice is filed before service of an answer or motion for summary judgment by Defendant Carbonne Lorraine S.A.

Dated: September 20, 2007

PODVEY, MEANOR, CATENACCI,
HILDNER, COCOZIELLO & CHATTMAN
A Professional Corporation

By: /s/ J. Barry Cocoziello
    J. Barry Cocoziello
    Bar Roll No. 514631
    One Riverfront Plaza, 8th Floor
    Newark, NJ 07102
    Phone (973) 623-1000
    Facsimile (973) 623-9131
    Email bcocoziello@podvey.com



238637
SO ORDERED
FREDERICK J. SCULLIN, JR.
SENIOR U.S. DISTRICT JUDGE
9/21/07