THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOMENTIVE PERFORMANCE MATERIALS USA INC., <br><br> *Plaintiff,* <br><br> v. <br><br> ASTROCOSMOS METALLURGICAL, INC., CARBONE LORRAINE EQUIPEMENTS GÉNIE CHIMIQUE, MERSEN f/k/a LE CARBONE LORRAINE, S.A., and ABC CORPORATION(S) 1 through 10, <br><br> *Defendants.* | Civil Case No. 07-cv-567 (FJS)(DRH) <br><br><br> **STIPULATION OF VOLUNTARY DISMISSAL OF COUNT EIGHT OF THE SECOND AMENDED COMPLAINT ONLY** |

PLEASE TAKE NOTICE that the parties hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a), that Count Eight of the Second Amended Complaint alleging a cause of action for strict product liability be and is hereby dismissed with prejudice and without costs. Pursuant to L. Civ. R. 41.3, no party hereto is an infant or incompetent.

Anthony M. Rainone, Esq. (Bar roll 514632)
BRACH EICHLER, L.L.C.
101 Eisenhower Parkway
Roseland, NJ 07068
(973) 228-5700
arainone@bracheichler.com
- and -
Thomas G. Aljian Jr., Esq. (Bar roll 514633)
PODVEY MEANOR CATENACCI
HILDNER COCOZIELLO & CHATTMAN
A Professional Corporation
One Riverfront Plaza, 8th Floor
Newark, NJ 07102
(973) 623-1000
taljian@podvey.com
*Attorneys for Plaintiffs*

Dated: August ___, 2011

September 16, 2011

Anthony J. Sylvester, Esq. (Bar roll 302600)
RIKER DANZIG SCHERER
HYLAND PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962
(973) 538-0800
asylvester@riker.com
*Attorneys for Defendants*

Dated: August ___, 2011


SO ORDERED

_____
FREDERICK J. SCULLIN, JR.
SENIOR U.S. DISTRICT JUDGE

9/21/11