# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOMENTIVE PERFORMANCE MATERIALS USA INC., <br><br> *Plaintiff,* <br><br> v. <br><br> MERSEN USA OXNARD-CA, INC. f/k/a ASTROCOSMOS METALLURGICAL, INC., MERSEN FRANCE PY SAS f/k/a CARBONE LORRAINE EQUIPEMENTS GÉNIE CHIMIQUE, MERSEN f/k/a LE CARBONE LORRAINE, S.A., and ABC CORPORATION(S) 1 through 10, <br><br> *Defendants.* | Civil Case No. 07-cv-567 (FJS)(CFH) |

## STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

THE PARTIES HEREBY STIPULATE AND AGREED that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above captioned matter be and is hereby dismissed in its entirety, with prejudice and without costs to any party. Pursuant to L. Civ. R. 41.3, no party hereto is an infant or incompetent.

Anthony M. Rainone, Esq.
BRACH EICHLER LLC
101 Eisenhower Parkway
Roseland, NJ 07068
(973) 228-5700
arainone@bracheichler.com

- and -

Anthony J. Sylvester, Esq.
RIKER DANZIG SCHERER
HYLAND PERRETTI LLP
One Speedwell Avenue
Morristown, NJ 07962
(973) 538-0800
asylvester@riker.com
*Attorneys for Defendants Mersen USA Oxnard-CA, Inc. f/k/a Astrocosmos Metallurgical, Inc., Mersen France PY SAS f/k/a Carbone Lorraine*

Thomas G. Aljian Jr., Esq.
PODVEY MEANOR CATENACCI
HILDNER COCOZIELLO &
CHATTMAN, P.C.
The Legal Center
One Riverfront Plaza, 8th Floor
Newark, NJ 07102
(973) 623-1000
taljian@podvey.com
*Attorneys for Plaintiff Momentive
Performance Materials*

Dated: February 21, 2014

*Equipments Génie Chimique, Mersen f/k/a Le Carbone Lorraine, S.A.,*

Dated: February 21, 2014


IT IS SO ORDERED:

_____
Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated:   February 28, 2014
         Syracuse, NY